OSCAR LIEBMAN, Respondent, v. MEYER LIEBMAN and Others, Appellants.— Order of the City Court of White Plains, setting aside verdict and granting new trial, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

STELLA K. MARCUS, Respondent, v. JACOB K. MARCUS, Appellant.— Order denying motion for change of venue affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ., concur.

ABRAHAM MILES, Appellant, v. JACOB MOSLOW, Respondent.— Order granting defendant's motion to frame and settle issues affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ., concur.

MATILDA MIRANDA, Respondent, v. MELCHIORRI LO CURTO, Appellant.— Order granting plaintiff's motion for leave to serve amended complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

MUTUAL TRIMMING CO., INC., and BERTHA SCHWARTZ, Individually and as Administratrix, etc., of LOUIS SCHWARTZ, Deceased, Appellants, v. WILLIAM KLEMANN, Respondent, and WILLIAM SCHWARTZ, Defendant.— Order denying motion for injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MILDRED ELMORE, Appellant.— Judgment of conviction of the County Court of Orange county unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

BENJAMIN H. RAFF, Appellant, v. MAX ARETSKY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.

ROSLYN CONSTRUCTION CO., INC., Respondent, v. EAST AND SOUTHAMPTON REALTY ASSOCIATES, INC., Appellant, and JOSEPH APPIONE, Defendant.— Judgment in so far as appealed from unanimously affirmed, with costs. The findings of the referee were made upon the correct theory. They have ample support in the evidence and take precedence over the oral opinion, particularly in so far as that opinion contained error. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.

LAWRENCE SAMUELS, Respondent, v. FAIRBANK REALTY CORPORATION, Appellant.— Judgment modified by striking out the portion thereof which provides that the contract in question be rescinded and declared null and void, and by striking out the similar provision in the decision. As so modified, the judgment is unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Scudder, JJ.